Núm. ——. EX PARTE REBOLLO, peticionario.— Mayo 27, 1936.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Examinado el memorándum del peticionario apelante radicado en la Secretaría de esta corte el día 25 de mayo del corriente año, y no apareciendo que sean apelables las resoluciones negándole admisión al ejercicio de la abogacía, no ha lugar al auto solicitado por el peticionario en su moción del 23 de abril de 1936.

El Juez Asociado Sr. Córdova Dávila no intervino.

Núm. 958.—FONT, recurrente, v. REGISTRADOR, recurrido.— Mayo 28, 1936.

POR CUANTO, tenemos ante nos una inscripción que dice así:

"Inscrito el presente documento, con vista de otros complementarios, y a solicitud de la Corte Suprema de Puerto Rico, a los folios 13 vuelto y 65 vuelto de los tomos 81 y 51 de Cayey, fincas Nos. 2691 duplicado y 966 triplicado, inscripciones 5 y 17, con el defecto subsanable de que el informe del *trustee* lleva fecha 4 de septiembre de 1933, y no obstante aparece del mismo que la venta se efectuó el 27 de dicho mes y año. Las fincas se hallan libres de cargas. Guayama, a 6 de diciembre de 1935."

POR CUANTO, el recurrente solicita que ordenemos la inscripción sin defecto alguno;

POR CUANTO, no estamos convencidos de que el defecto señalado carezca de importancia ni que el registrador esté en el deber de corregir equivocaciones de esta índole en ausencia de declaraciones autorizadas aclarando tal equivocación;

POR TANTO, se deniega la petición del recurrente.